#### IN THE UNITED STATES DISTRICT COURT
#### FOR THE DISTRICT OF COLORADO
#### Magistrate Judge Craig B. Shaffer

| | |
|---|---|
| Civil Action No.: 09-cv-00964-WYD-CBS | FTR - Reporter Deck - Courtroom A402 |
| Date: April 30, 2010 | Courtroom Deputy: Linda Kahoe |

| | |
|---|---|
| HOME DESIGN SERVICES, INC., | Anthony M. Lawhon |
| Plaintiff, | |
| v. | |
| TERRY TRUMBLE, *et al.*, | Amber Fayne Ju |
| Defendants. | |

### COURTROOM MINUTES/MINUTE ORDER

**HEARING:   TELEPHONIC MOTION HEARING**
**Court in session:       10:04 a.m.**
Court calls case.  Appearances of counsel.

Discussion regarding Plaintiff's Unopposed Motion to Reschedule Final Pretrial Conference, doc #[58], filed 4/26/2010.

**ORDERED:** Plaintiff's Unopposed Motion to Reschedule Final Pretrial Conference, doc #[58] is **GRANTED**.  The Final Pretrial Conference currently set for JULY 8, 2010 is **VACATED** and **RESET to JULY 14, 2010 at 10:45 a.m.**  A Proposed Final Pretrial Order is due 5 days prior.

Discussion and arguments regarding Plaintiff's Motion to Amend/Modify Scheduling Order to Extend Dispositive Motion Deadline, doc #[53], filed 4/22/2010.  Mr. Lawhon states he intends to file a Summary Judgment Motion.

**ORDERED:** Plaintiff's Motion to Amend/Modify Scheduling Order to Extend Dispositive Motion Deadline, doc #[53] is **GRANTED**.  The Dispositive Motion Deadline is extended to **MAY 12, 2010.**  The court will not grant any further extensions.

Discussion and arguments regarding Defendants' Motion to Strike Portions of Opinions of Plaintiff's Rebuttal Expert Kevin Alter, doc #[56], filed 4/22/2010.

The court cites relevant case law.

Ms. Ju makes an oral motion to withdraw, without prejudice, Defendants' Motion to Strike Portions of Opinions of Plaintiff's Rebuttal Expert Kevin Alter, doc #[56].

**ORDERED:** Defendants' oral motion to withdraw, without prejudice, Defendants' Motion to Strike Portions of Opinions of Plaintiff's Rebuttal Expert Kevin Alter, doc #[56], is **GRANTED**. Defendants' Motion to Strike Portions of Opinions of Plaintiff's Rebuttal Expert Kevin Alter, doc #[56] is **WITHDRAWN.**

The court suggests that Ms. Ju send a letter to Mr. Lawhon advising him of the affirmative defenses she intends to withdraw. Ms. Ju states she will do so by the end of the day today.

The court suggests that the parties complete the briefing on the Summary Judgment Motion. The court suggests that during the same time period, counsel should meet with their clients, evaluate the expert issue, then in light of those considerations, decide whether or not there may be appropriate motions under Rule 26, Rule 702, or Rule 701.

**ORDERED:** Any motions filed under Rule 26, Rule 702, or Rule 701 must be filed no later than **JUNE 18, 2010.**

Discussion regarding settlement. The court requests that counsel notify chambers if they wish to set another settlement conference.

HEARING CONCLUDED.

**Court in recess**: **11:38 a.m.**
Total time in court: 01:34

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.