IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.  09-cv-00964-WYD-CBS

HOME DESIGN SERVICES, INC.,

     Plaintiff,

v.

TERRY TRUMBLE and
JANELLE TRUMBLE,

     Defendants.

---

**MINUTE ORDER**

---

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

     A seven-day jury trial is set for **Monday, May 16, 2011 at 9:00 a.m. in 901 19th Street, Courtroom A1002, Tenth Floor, Denver, Colorado.**  A final trial preparation conference is set for **Monday, March 21, 2011 at 3:00 p.m.**

     Dated: July 14, 2010