IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 09-cv-00964-WYD-CBS

HOME DESIGN SERVICES, INC.,

    Plaintiff,

v.

TERRY TRUMBLE, and
JANELLE TRUMBLE,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    IT IS HEREBY ORDERED that Defendants' "Motion for Clarification . . ." (*doc. # 140*) is GRANTED. The requested changes have been made as indicted below:

- Defendants' Motion for Order to Preclude James Zirkel from offering Expert Opinions at Trial (filed 6/18/10; doc. #70)
    ▸ Plaintiff's response was filed on 8/13/10 at doc. #110
    ▸ Deadline to file a reply brief is on or before 10/10/10

- Defendants' Rule 702 Motion to Exclude Opinions of Expert Kevin Alter (filed 6/18/10; doc. # 72)
    ▸ Plaintiff's response was filed on 9/13/10 at doc. #132
    ▸ Deadline to file a reply brief is on or before 10/10/10

- Defendants' Motion to Strike Opinions of Plaintiff's Rebuttal Expert Kevin Alter (filed 6/18/10; doc. #73)
    ▸ Deadline to file a response brief is on or before 9/23/10
    ▸ Deadline to file a reply brief is on or before 10/10/10

- Plaintiff's Motion to Exclude, in Part, Testimony and Report of Defendants' Expert Gregory Taylor (filed on 6/30/10; doc. #82)
    ▸ Deadline to file a response brief is on or before 9/16/10
    ▸ Deadline to file a reply brief is on or before 10/10/10

- Plaintiff's Motion to Exclude, in Part, Testimony and Report of Defendants' Expert Eugene Schmitt (filed on 6/30/10; doc. #83)
    - Deadline to file a response brief is on or before 9/23/10
    - Deadline to file a reply brief is on or before 10/10/10

**DATED:** September 16, 2010