# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
### Magistrate Judge Craig B. Shaffer

| | |
|---|---|
| Civil Action No.: 09-cv-00964-WYD-CBS | **FTR** - Reporter Deck - Courtroom A402 |
| Date: October 26, 2010 | Courtroom Deputy: Linda Kahoe |

| | |
|---|---|
| HOME DESIGN SERVICES, INC., | Anthony M. Lawhon |
| Plaintiff, | |
| v. | |
| TERRY TRUMBLE, | Amber Fayne Ju |
| JANELLE TRUMBLE, | |
| Defendants. | |

## COURTROOM MINUTES/MINUTE ORDER

**HEARING: MOTIONS HEARING**
**Court in session: 1:30 p.m.**
Court calls case. Appearances of counsel.

The court states that given the nature of the motions, the court will issue a Recommendation.

Discussion and arguments regarding Defendants' Fed.R.Evid. 701 and Fed.R.Civ.P.26 Motion to Preclude James Zirkel From Offering Expert Opinions at Trial, doc #[70], filed 6/18/2010.

Mr. Lawhon states he will stipulate that Mr. Zirkel will not use the term "original architectural work."

**The Motion #[70] is taken under advisement.**

Discussion and arguments regarding Defendants' Rule 702 Motion to Exclude Opinions of Expert Kevin Alter, doc #[72], filed 6/18/2010.

**The Motion #[72] is taken under advisement.**

Discussion and arguments regarding Defendants' Motion to Strike Opinions of Plaintiff's Rebuttal Expert Kevin Alter, doc #[73], filed 6/18/2010.

**The Motion #[73] is taken under advisement.**

Discussion and arguments regarding Plaintiff's Motion to Exclude, in Part, Testimony and Report of Defendants' Expert Gregory Taylor, doc #[82], filed 6/30/2010.

**The Motion #[82] is taken under advisement.**

Discussion and arguments regarding Plaintiff's Motion to Exclude, in Part, Testimony and Report of Defendants' Expert Eugene Schmitt, doc #[83], filed 6/30/2010.

**The Motion #[83] is taken under advisement.**

HEARING CONCLUDED.

**Court in recess**:     **4:42 p.m.**
Total time in court:    03:12

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.