**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action No.: 09-cv-00964-WYD-CBS** | **FTR** - Reporter Deck - Courtroom A402 |
| **Date: March 3, 2011** | **Courtroom Deputy: Emily Seamon** |

HOME DESIGN SERVICES, INC.,                                Anthony M. Lawhon

      Plaintiff,

      v.

TERRY TRUMBLE,                                                        Lelia Kathleen Chaney
JANELLE TRUMBLE,

      Defendants.

---

**COURTROOM MINUTES/MINUTE ORDER**

---

**HEARING:   TELEPHONIC MOTION HEARING**
**Court in session:      3:36 p.m.**
Court calls case.  Appearances of counsel.

Discussion and arguments regarding Plaintiff's Request for Judicial Notice of Public Records of the Property Assessor for Montrose County, Colorado, Doc. [150] filed 10/8/2010.

For the reasons as stated on the record, it is:

**ORDERED:**   Plaintiff's Request for Judicial Notice of Public Records of the Property Assessor for Montrose County, Colorado, Doc. [150] is **DENIED**.  The Court is not precluding Plaintiff from pursuing other evidentiary courses of action and the Court is not intending to discourage in any way the parties from pursuing whatever stipulations are warranted and achievable.  Parties have fourteen days to file objections to this ruling.

HEARING CONCLUDED.

**Court in recess**:      4:05 p.m.
Total time in court:    00:29

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.