IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.  09-cv-00964-WYD-CBS

HOME DESIGN SERVICES, INC.,

     Plaintiff,

v.

TERRY TRUMBLE and
JANELLE TRUMBLE,

     Defendants.

---

**MINUTE ORDER**

---

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

     Defendant's Motion to Strike Portions of Plaintiff's Reply in Support of Plaintiff's Motion in Limine to Exclude Unsupported Cost Summary Evidence Testimony or in the Alternative Motion for Leave to File Sur-Reply [ECF No. 226], filed April 22, 2011 is **GRANTED** in part.  The motion is denied to the extent that Defendants request that I strike portions of Plaintiff's reply; the motion is granted to the extent that Defendants request leave to file a sur-reply.  Defendants shall have up to and including **April 29, 2011** to file their sur-reply.

     Dated:  April 25, 2011