IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.  09-cv-00964-WYD-CBS

HOME DESIGN SERVICES, INC.,

    Plaintiff,

v.

TERRY TRUMBLE and
JANELLE TRUMBLE,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    Plaintiff's Motion for Leave to Supplement its Motion to Allow Trial Testimony by Contemporaneous Transmission [ECF No. 230], filed April 29, 2011 is **GRANTED**.  The Affidavit of Jarrett Magbee, attached as Exhibit 1 to Plaintiff's Motion [ECF No. 230] is deemed filed as a supplement to Plaintiff's Motion.

    Dated:  April 29, 2011