**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CHIEF JUDGE WILEY Y. DANIEL**

| | |
|---|---|
| Courtroom Deputy:   Robert R. Keech | Date:   May 3, 2011 |
| E.C.R./Reporter:   Therese Lindblom | |

Civil Action No: **09-cv-00964-WYD-CBS**          Counsel:

**HOME DESIGN SERVICES**,                         Anthony M. Lawhon

         Plaintiff,

v.

**TERRY TRUMBLE and**                             L. Kathleen Chaney
**JANELLE TRUMBLE**,                              Amber F. Ju

         Defendants.

**COURTROOM MINUTES**

**TRIAL PREPARATION CONFERENCE**

**2:03 p.m.**   Court in Session

         APPEARANCES OF COUNSEL.

         Court's opening remarks.

2:04 p.m.   Discussion regarding estimated length of trial being five days and jury instructions.

2:05 p.m.   Court outlines jury selection process.

**ORDERED:**   Each side will be allowed supplemental voir dire not to exceed **fifteen (15) to twenty (20) minutes.**

2:07 p.m.   Discussion regarding time limits for opening statements.

| | |
|---|---|
| **ORDERED:** | Opening statements shall not exceed **thirty-five (35) minutes per side.** |
| **ORDERED:** | Counsel shall file joint statement of the case jury instruction not later than **Tuesday, May 10, 2011.** |
| **ORDERED:** | Counsel shall file revised jury instructions and verdict forms not later than **Tuesday, May 10, 2011.** |
| 2:12 p.m. | Discussion regarding settlement discussions and settlement conferences before Magistrate Judge Shaffer. |
| | Plaintiff's Motion for Leave to Allow Trial Testimony by Contemporaneous Transmission (ECF Doc. #220), filed April 15, 2011, is raised for argument. |
| 2:14 p.m. | Argument by Plaintiff (Mr. Lawhon). |
| 2:16 p.m. | Argument by Defendants (Ms. Chaney). |
| **ORDERED:** | Plaintiff's Motion for Leave to Allow Trial Testimony by Contemporaneous Transmission (ECF Doc. #220), filed April 15, 2011, is **GRANTED.** |
| **ORDERED:** | Defendants' Motion for Leave to Allow Jennifer Tiffin to Testify by Telephone (ECF Doc. #228), filed April 25, 2011, is **GRANTED.** Ms. Tiffin will be allowed to testify via video conference. |
| **ORDERED:** | Defendants' Motion to Use Deposition of Jennifer Tiffin if Telephone Testimony is not Permitted (ECF Doc. #229), filed April 26, 2011, is **DENIED AS MOOT.** |
| **ORDERED:** | Plaintiff's witness D. Jarrett Magbee will also be allowed to testify via video conference. |
| **ORDERED:** | Counsel shall contact the Court's Information Technology department at 303-335-2020 for specific details regarding video conferencing. |
| | Defendants' Motion in Limine to Preclude Plaintiff from Presenting Any Late Disclosed Documents at Trial (ECF Doc. #169), filed February 17, 2011, is raised for argument. |
| 2:19 p.m. | Argument by Defendants (Ms. Ju). |
| 2:20 p.m. | Argument by Plaintiff (Mr. Lawhon). |
| 2:22 p.m. | Argument by Defendants (Ms. Ju). |

| | |
|---|---|
| 2:24 p.m. | Argument by Defendants (Ms. Chaney). |
| 2:25 p.m. | Argument by Plaintiff (Mr. Lawhon). |
| **ORDERED:** | Defendants' Motion in Limine to Preclude Plaintiff from Presenting Any Late Disclosed Documents at Trial (ECF Doc. #169), filed February 17, 2011, is **DEFERRED.** |
| **ORDERED:** | Plaintiff shall not refer to the exhibits, which are subject to Defendants' Motion in Limine to Preclude Plaintiff from Presenting Any Late Disclosed Documents at Trial (ECF Doc. #169), filed February 17, 2011, in opening statements. |
| **ORDERED:** | Counsel shall file revised exhibit and witness lists not later than **Wednesday, May 11, 2011.** |
| | Plaintiff's Motion in Limine to Exclude Unsupported Cost Summary Evidence, Testimony and Argument (ECF Doc. #170), filed February 18, 2011, is raised for argument. |
| 2:33 p.m. | Argument by Plaintiff (Mr. Lawhon). |
| **ORDERED:** | Plaintiff's Motion in Limine to Exclude Unsupported Cost Summary Evidence, Testimony and Argument (ECF Doc. #170), filed February 18, 2011, is **DENIED WITHOUT PREJUDICE.** |
| | Plaintiff's Motion in Limine to Exclude Evidence of or Reference to HDS Lawsuits (ECF Doc. #171), filed April 15, 2011, is raised for argument. |
| 2:36 p.m. | Argument by Plaintiff (Mr. Lawhon). |
| 2:40 p.m. | Argument by Defendants (Ms. Chaney). |
| 2:44 p.m. | Argument by Plaintiff (Mr. Lawhon). |
| 2:45 p.m. | Argument by Defendants (Ms. Chaney). |
| 2:48 p.m. | Argument by Plaintiff (Mr. Lawhon). |
| 2:52 p.m. | Argument by Defendants (Ms. Chaney). |
| 2:55 p.m. | Argument by Plaintiff (Mr. Lawhon). |
| 2:59 p.m. | Argument by Defendants (Ms. Chaney). |

| | |
|---|---|
| 3:00 p.m. | Argument by Plaintiff (Mr. Lawhon). |
| 3:01 p.m. | Argument by Defendants (Ms. Chaney). |
| 3:02 p.m. | Argument by Plaintiff (Mr. Lawhon). |
| 3:06 p.m. | Argument by Defendants (Ms. Chaney). |

**ORDERED:** Plaintiff's Motion in Limine to Exclude Evidence of or Reference to HDS Lawsuits (ECF Doc. #171), filed April 15, 2011, is **DEFERRED.**

**ORDERED:** Defendants shall not refer to the evidence related to prior HDS lawsuits in opening statements.

Plaintiff's Motion in Limine to Exclude Late Disclosed Documents (ECF Doc. #173), filed February 22, 2011, is raised for argument.

| | |
|---|---|
| 3:06 p.m. | Argument by Plaintiffs (Mr. Lawhon). |
| 3:08 p.m. | Argument by Defendants (Ms. Chaney). |

**ORDERED:** Plaintiff's Motion in Limine to Exclude Late Disclosed Documents (ECF Doc. #173), filed February 22, 2011, is **DEFERRED.**

3:12 p.m.    Discussion regarding further issues prior to trial and the Court's trial procedures.

**ORDERED:** Counsel shall arrive for the first morning of trial on **Monday, May 16, 2011, at 8:30 a.m.**

**3:18 p.m.**    Court in Recess - HEARING CONCLUDED

**TOTAL TIME:   1:15**