IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.  09-cv-00964-WYD-CBS

HOME DESIGN SERVICES, INC.,

    Plaintiff,

v.

TERRY TRUMBLE and
JANELLE TRUMBLE,

    Defendants.

## ORDER

    This matter is before the Court on Defendants' Unopposed Motion to Stay Judgment without Supersedeas Bond [ECF No. 279], filed July 20, 2011.  After a careful review of the motion and controlling law, it is

    ORDERED that Defendants' motion [ECF No. 279] is **GRANTED**.  It is

    FURTHER ORDERED that the enforcement of the judgment in this case ($935.00) and the cost judgment ($8,263.20) is **STAYED** pending appeal.  It is

    FURTHER ORDERED that no supersedeas bond is required by Defendants.

    Dated:  August 1, 2011

                                    BY THE COURT:

                                    s/ Wiley Y. Daniel
                                    Wiley Y. Daniel
                                    Chief United States District Judge